UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVION MAGNUS DIXON,

    Plaintiff,

v.                                    Case No. 4:25cv268-MCR-HTC

JOHN POLISKNOWSKI,
et al.,

    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation dated July 25, 2025 (ECF No. 9), which recommends this case be dismissed *sua sponte* under the abstention doctrine explained in *Younger v. Harris*, 401 U.S. 37 (1971). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (ECF Doc. 9) is adopted and incorporated by reference in this order.

(2)     The petition under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE under *Younger v. Harris, 401 U.S. 37 (1971)*.

(3)     The Clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 4:25cv268-MCR-HTC